JS-6

# U.S. DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASRIN SHAPOURI, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK; and DOES 1-10,<br><br>  Defendants. | Case No.: 2:15-cv-07241-MWF-KLS<br><br>**COURT ORDER UPON PARTIES' JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |

PLEASE TAKE NOTICE, the Parties to this matter—Plaintiff, NASRIN SHAPOURI and Defendant JP MORGAN CHASE BANK—have jointly moved for this entire matter to be dismissed with prejudice. Pursuant to said motion, this Court now dismisses this matter in its entirety, with prejudice.

IT IS SO ORDERED.

DATED: May 3, 2016

_____
Michael W. Fitzgerald
U.S. District Court Judge